**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7002**

———————

ARTHUR LEE TILLMAN,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Charlotte.  Graham C. Mullen, Chief
District Judge.  (CA-99-81-MU-3-1)

———————

Submitted:  March 23, 2000          Decided:  March 29, 2000

———————

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Arthur Lee Tillman, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Arthur Lee Tillman appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny leave to proceed in forma pauperis and dismiss on the reasoning of the district court.  See Tillman v. United States, No. CA-99-81-MU-3-1 (W.D.N.C. June 22, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2